IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02687-BNB

DONNA COLLINS,

    Plaintiff,

    v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.

ORDER DISMISSING CASE

    Plaintiff, Donna Collins, through counsel, initiated this action by filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  On November 23, 2011, counsel for Ms. Collins filed a notice for a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a).  Counsel indicated that a settlement had been reached between the parties.

    Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  Defendant has not filed an answer in this action.  Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See* 8-41 James Wm. Moore et al., Moore's Federal Practice § 41.33(6)(a) (3d ed. 1997); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The file, therefore, will be closed as of November 23, 2011, the date the

Notice was filed with the Court.  *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the Notice filed pursuant to Fed. R. Civ. P. 41(a) is effective as of November 23, 2011, the date the Notice was filed in this action.

DATED at Denver, Colorado, this  30th  day of     November    , 2011.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court